| | | |
|---|---|---|
| Judge: Hilton | **SENTENCING** | Date: 10/25/2013 |
| Reporter: Westfall | | Time: 9:45 to 9:55 |
| Interpreter: | | Language: |

Cr. #   1:13CR00048-004                    AUSA:    Patricia Giles
U.S. v. Tobias Richard Dyer                Defense: Gregory Hunter

Court finds the guidelines to be properly assessed at a range of 87 to 108 months, plus 660 months of mandatory time

**Sentence Imposed:**
60 months on each of Counts 1, 2, 3, 4, 5 and 12 to run concurrently w/each other and consecutive to all other counts; 60 months on Count 6 (consecutive); 300 months on Count 7 (consecutive); and 300 months on Count 8 (consecutive) - 720 months total

3 year supervised release term imposed on each of Counts 1, 2, 3, 4, 5, and 12 and a 5 year term imposed on each of Counts 6, 7, and 8 to run concurrently with each other.

**Conditions of Supervised Release/Probation:**
_____   Substance abuse testing/treatment at direction of PO
_____   Cooperate w/any orders/directives of the Bureau of Immigration and Customs Enforcement
_____   Pay the restitution in monthly installments of $_____ to commence within 60 days after release from confinement.
_____   No new credit
_____   Allow PO access to financial info.
_____   Serve a term of _____ months home confinement: ( ) with electronic monitoring
_____   Mental health testing/treatment    ( ) with work release
_____   Mandatory drug testing is waived
Other: _____

**Monetary penalties:**
$100.00   Assessment on each of Counts 1-8 and 12 = $900.00  $____0____ Fine
$76,915.15 Restitution Ordered pursuant to the Restitution Judgment entered and filed in open court.
Preliminary Order of Forfeiture entered and filed in open court.

**Recommendations to BOP:**
___   Court rec. that the dft be incarcerated in a facility where he/she can receive drug treatment.
___   Court rec. that the dft be allowed to participate in the 500 hour drug treatment program
___   Court rec. that the dft be incarcerated: _____

Defendant:  ✓ Remanded _____ To voluntarily surrender once space is available.