IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No. 1:13CR48-004 |
| Tobias Richard Dyer | ) | |
| Defendant | ) | The Honorable Claude M. Hilton |
| | ) | |

NOTICE OF APPEAL

Notice is hereby given that the Defendant, Tobias Richard Dyer, hereby appeals the sentence issued by this Court on October 25, 2013, to the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

Tobias Richard Dyer
By Counsel

_____/S/_____
Gregory T. Hunter
Virginia State Bar Number 45489
Attorney for the Defendant
2055 North 15th Street
Suite 302
Arlington, Virginia 22201
(703) 527-0808 telephone
(703) 527-0810 facsimile
greghunter@mail.com

CERTIFICATE OF SERVICE

       I certify that on the 1st day of November, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Rebecca Bellows
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700 telephone
(703) 299-3980 facsimile
Rebecca.Bellows@usdoj.gov

Patricia Giles
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3700 telephone
(703) 299-3980 facsimile
Patricia.Giles@usdoj.gov

                                              _____/S/_____
                                              Gregory T. Hunter
                                              Virginia State Bar Number 45489
                                              Attorney for the Defendant
                                              2055 North 15th Street
                                              Suite 302
                                              Arlington, Virginia 22201
                                              (703) 527-0808 telephone
                                              (703) 527-0810 facsimile
                                              greghunter@mail.com